[No. 9319. Department One.—January 27, 1886.]

In the Matter of the Estate of WILLIAM H. MOORE, Deceased. HELEN M. MOORE, Appellant, v. THOMAS W. MOORE, Respondent.

Estate of Decedent—Removal of Administrator—Order Refusing—Appeal.—No appeal lies from an order of the Superior Court refusing to remove an administrator.

APPEAL from an order of the Superior Court of Santa Cruz County refusing to remove an administrator.

The facts are stated in the opinion of the court.

*Charles B. Younger,* and *Ferdinand J. McCann,* for Appellant.

*John C. Hall,* and *Arthur Rodgers,* for Respondent.

Ross, J.—This is an appeal from an order of the Probate Court refusing to remove an administrator. In probate matters this court has such jurisdiction as may be provided by the legislative department of the government. (Const., art. 6, sec. 4.) There being no provision of the statute authorizing an appeal from an order of the Probate Court refusing to remove an administrator, the appeal herein taken is dismissed.

McKEE, J., and McKINSTRY, concurred.

Hearing in Bank denied.